UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MASON YOUNT, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  v.<br><br>FREEDOM HOME OFFERS, LLC, a Florida company,<br><br>              Defendant. | Case No. 0:21-cv-61010-RS |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiff Mason Yount and Defendant Freedom Home Offers, LLC hereby give notice that the above-captioned matter settled on July 16, 2021.  The parties are in the process of finalizing the settlement, which they anticipate will be completed within the next thirty (30) days.

DATED: July 16, 2021.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Avi R. Kaufman*<br>Avi R. Kaufman (FL Bar no. 84382)<br>kaufman@kaufmanpa.com<br>Rachel E. Kaufman (FL Bar no. 87406)<br>rachel@kaufmanpa.com<br>**KAUFMAN P.A.**<br>400 NW 26th Street<br>Miami, FL 33127<br>Telephone: (305) 469-5881<br><br>*Attorneys for Plaintiff* | By: /s/ *Matthew A. Keilson*<br>Ryan D. Watstein<br>Fla. Bar No. 93945<br>Matthew A. Keilson<br>Fla. Bar No. 1002294<br>**Kabat Chapman & Ozmer LLP**<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>Telephone: (404) 400-7300<br>Facsimile: (404) 400-7333<br>Email: rwatstein@kcozlaw.com<br>Email: mkeilson@kcozlaw.com<br><br>*Counsel for Defendant Freedom Home Offers, LLC* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**KABAT CHAPMAN & OZMER LLP**

By: /s/ *Matthew A. Keilson*
    Matthew A. Keilson
    Fla. Bar No. 1002294