UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61010-CIV-SMITH

MASON YOUNT, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

FREEDOM HOME OFFERS, LLC,

       Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Notice of Settlement [DE 12], indicating that this matter has been settled as to all claims. Upon consideration, it is hereby

**ORDERED** that:

(1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **August 30, 2021.** Failure to comply with this Order may result in the final dismissal of this case.

(2) All pending motions are **DENIED as moot.**

(3) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of July, 2021.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record